IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN BANKS, SHANNON FRANKLIN, MARTHA ISLAS, and DANETTE PROPST, <br><br> Plaintiffs, <br><br> v. <br><br> INDEPENDENT SCHOOL DISTRICT OF OKLAHOMA, EPIC CHARTER SCHOOLS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   CIV-23-576-G |

## UNOPPOSED MOTION FOR EXTENSION

Plaintiffs Susan Banks, Shannon Franklin, Martha Islas, and Danette Propst (hereinafter "Plaintiffs") request an extension of time within which to respond to Defendant's Motion to Dismiss. Plaintiffs advise the court as follows:

1. Defendant filed its Motion to Dismiss [Doc. 8] August 29, 2023. Pursuant to the Federal Rules of Civil Procedure and Local Rules, Plaintiffs' response is due September 20, 2023.

2. Plaintiffs seek a nine (9) day extension or until Friday, September 29, 2023 within which to file their response to Defendant's Motion to Dismiss [Doc. 8].

3. Plaintiffs make this request because counsel's schedule and obligations in other cases, combined with the complexity of the issues raised in Defendant's motion have caused Plaintiffs' response to require more time to prepare than 21 days.

4. Counsel for Plaintiffs have conferred with counsel for Defendant, Sam Fulkerson, who does not object to request for extension.

5.     This request for extension of time will not affect any deadlines as the Court has not established a scheduling order in the case.

WHEREFORE, premises considered, Plaintiffs requests this Court grant their unopposed extension of time within which to respond to Defendant's Motion to Dismiss until Friday September 29, 2023.

Respectfully submitted,

*s/Jonathan M. Irwin*
Jonathan M. Irwin, OBA#32636
Glass & Tabor, L.L.P.
1601 N. W. 36th Street, Suite 100
Norman, Oklahoma 73072
405-360-9700; 405-360-7902/fax
jonathan@wardglasslaw.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all ECF registrants.

*s/Jonathan M. Irwin*